IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGIO ONEGLIA, SR., | : | |
| Petitioner, | : | 1:18-cv-0699 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| THERESA DELBASO, PA STATE | : | |
| ATTORNEY GENERAL, | : | |
| Respondents. | : | |

## **ORDER**

**May 21, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice. *See* R. GOVERNING § 2254 CASES R. 4.

2. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

                                                   s/ John E. Jones III
                                                   John E. Jones III
                                                   United States District Judge